**Winslow R. LIEVSAY, petitioner,
v. WESTERN FINANCIAL
SAVINGS BANK, et al.
No. 97-1172.**

Supreme Court of the United States.

March 2, 1998.

Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.